IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BUELL; ANTONIO ALVARO MORALES; and GUADALUPE JOAN PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MONTEREY COUNTY, CALIFORNIA; and THE STATE OF CALIFORNIA,<br><br>Defendants.<br><br>THOMAS DOMINY, an individual; GEORGE E. GALVAN, an individual; and DONNA M. DART, an individual,<br><br>Proposed Defendant-Intervenors. | Case No. CV 10-01952 PVT JF<br><br>**ORDER GRANTING THOMAS DOMINY, GEORGE E. GALVAN, AND DONNA M. DART'S MOTION TO INTERVENE**<br><br>**[Fed. R. Civ. P. 24]**<br><br>**ELECTION MATTER**<br><br>DATE:<br>TIME:<br>DEPT.:     Honorable Jeremy Fogel<br><br>Action Filed:  May 5, 2010 |

    This matter is before the Court on a motion to intervene filed by Applicant-Intervenors THOMAS DOMINY, GEORGE E. GALVAN, and DONNA M. DART (collectively "Applicants").

    The Court having reviewed Applicants' Motion and any opposition and reply in response thereto, and all documents filed in support and opposition to the instant Motion, and being fully advised in the premises, and upon good cause shown, now, therefore, it is hereby ORDERED

1

1  that:

2  Applicant-Intervenors' motion to intervene is GRANTED and the Applicant-Intervenors
3  shall have full rights as a party in the present case.

5  IT IS SO ORDERED.

7  DATED this _12th___ day of _____MAY_____, 2010.

_____
The Honorable Jeremy Fogel
United States District Judge