# ORDER DESIGNATING UNITED STATES DISTRICT COURT
# COMPOSED OF THREE JUDGES
# PURSUANT TO 28 U.S.C. § 2284

| | |
|---|---|
| Maria Buell; Antonio Alvaro Morales; and Guadalupe Joan Perez, <br><br> Plaintiffs, <br><br> v. <br><br> Monterey County, California; and The State of California, <br><br> Defendants | No. 10-cv-01952-JF |

Pursuant to 42 U.S.C. § 1973aa-2, the Honorable Jeremy Fogel, District Judge for the Northern District of California, has requested the appointment of a three-judge district court pursuant to 28 U.S.C. § 2284. Having received this statutory notification, I hereby designate and appoint the Honorable Diarmuid F. O'Scannlain, United States Circuit Judge for the Ninth Circuit, to sit with the Honorable Jeremy Fogel and the Honorable Ronald M. Whyte to hear and determine the above-captioned matter as the district court for the Northern District of California, at a time and place and in a manner to be agreed upon by the court.

May 13, 2010

_____
Alex Kozinski