JOAQUIN G. AVILA – 56484
18336 Aurora Avenue North, Suite 112, M.B. 148
Shoreline, Washington 98133-4526
Telephone: (206) 398-4117
Facsimile: (206) 398-4036
Email: avilaj@seattleu.edu

**E-Filed 7/12/2010**

MICHAEL W. BIEN – 96891
GAY CROSTHWAIT GRUNFELD – 121944
BLAKE THOMPSON – 255600
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, 10th Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbg-law.com
ggrunfeld@rbg-law.com
bthompson@rbg-law.com

Attorneys for Plaintiffs MARIA BUELL,
ANTONIO ALVARO MORALES and
GUADALUPE JOAN PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BUELL; ANTONIO ALVARO MORALES; and GUADALUPE JOAN PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>MONTEREY COUNTY, CALIFORNIA; THE STATE OF CALIFORNIA; and ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California,<br><br>Defendants. | Case No. 5:10-cv-01952-JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: July 30, 2010<br>Time: 10:30 a.m.<br>Place: Courtroom 3, 5th Floor<br>Judge: Honorable Jeremy Fogel |

1   WHEREAS, on May 21, 2010, the Three Judge Panel assigned to this case denied

2   Plaintiffs' motion for preliminary injunction but retained jurisdiction to grant appropriate relief in

3   the event of a change in circumstances prior to the special primary election on June 22, 2010 or

4   special run-off election on August 17, 2010; and

5   WHEREAS, a Case Management Conference is currently scheduled for July 30, 2010,

6   and the Case Management Conference Statement is due on July 20, 2010; and

7   WHEREAS, the Case Management Conference would be more productive after the

8   August 17, 2010 election to enable the parties to determine whether there remain any outstanding

9   disputes between the parties;

10   NOW, THEREFORE, it is hereby stipulated and agreed, by and between the parties,

11   through their undersigned counsel, that the Case Management Conference be continued until

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

[385208-1]

1   a date in September 2010 that is convenient to this Court, and that the Case Management

2   Conference statement deadline be adjusted accordingly.

3         IT IS SO STIPULATED.

4                                     Respectfully submitted,

5   Dated:  July 8, 2010               ROSEN, BIEN & GALVAN, LLP

6
                                       By:   */s/ Blake Thompson*
7                                            BLAKE THOMPSON

8                                      Attorneys for Plaintiffs MARIA BUELL, ANTONIO
                                       ALVARO MORALES and GUADALUPE JOAN
9                                      PEREZ

10
11  Dated:  July 8, 2010               EDMUND G. BROWN, JR.
                                       ATTORNEY GENERAL OF CALIFORNIA
12
13                                     By:   */s/ Tamar Pachter*
                                             TAMAR PACHTER, Deputy Attorney General
14                                     Attorneys for Defendants
15                                     ARNOLD SCHWARZENEGGER and STATE OF
                                       CALIFORNIA
16
17  Dated:  July 8, 2010               OFFICE OF THE MONTEREY COUNTY COUNSEL

18                                     By:   */s/ Leroy W. Blankenship*
                                             Leroy W. Blankenship, Assistant County Counsel
19
                                       Attorneys for Defendant MONTEREY COUNTY,
20                                     CALIFORNIA

21
22  Dated:  July 8, 2010               BELL McANDREWS & HILTACHK, LLP

23                                     By:   */s/ Charles H. Bell, Jr.*
                                             CHARLES H. BELL, JR.
24
                                       Attorneys for Intervenor-Defendants
25                                     THOMAS DOMINY, GEORGE E. GALVAN and
                                       DONNA M. DART
26

27

28
                                             2

[385208-1]

1  Dated:  July 8, 2010                    OFFICE OF THE SANTA CRUZ COUNTY
                                           COUNSEL
2

3                                          By:  */s/ Dana M. McRae*
                                                DANA M. MCRAE, County Counsel
4
                                           Attorneys for Defendant-Intervenor COUNTY OF
5                                          SANTA CRUZ

6
   Dated:  July 8, 2010                    OFFICE OF THE SANTA CLARA COUNTY
7                                          COUNSEL

8
                                           By:  */s/ Miguel Marquez*
9                                               MIGUEL MARQUEZ, County Counsel

10                                         Attorneys for Defendant-Intervenor COUNTY OF
                                           SANTA CLARA
11

12 Dated:  July 8, 2010                    OFFICE OF THE SAN LUIS OBISPO COUNTY
                                           COUNSEL
13

14                                         By:  */s/ Warren R. Jensen*
                                                WARREN R. JENSEN, County Counsel
15
                                           Attorneys for Defendant-Intervenor COUNTY OF SAN
16                                         LUIS OBISPO

17

18                          ~~[PROPOSED]~~ **ORDER**

19        The Court having reviewed the above Stipulation of the parties, and good cause

20 appearing, hereby ORDERS that the Case Management Conference currently scheduled for

21 July 30, 2010 be continued to September 24, 2010 at 10:30 a.m.  The Case Management

22 Conference Statement is now due on September 17, 2010.

23

24 Dated: _7/12/2010_____      _____
                                          HONORABLE JEREMY FOGEL
25                                        Judge of the United States District Court

26

27

28
                                        3
            STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                              CASE NO. 5:10-CV-01952-JF
[385208-1]