| | |
|---|---|
| 1 | JOAQUIN G. AVILA – 56484 |
| 2 | 18336 Aurora Avenue North, Suite 112, M.B. 148 |
|   | Shoreline, Washington 98133-4526 |
| 3 | Telephone: (206) 398-4117 |
|   | Facsimile: (206) 398-4036 |
| 4 | Email: avilaj@seattleu.edu |
| 5 | |
| 6 | MICHAEL W. BIEN – 96891 |
|   | BLAKE THOMPSON – 255600 |
| 7 | ROSEN, BIEN & GALVAN, LLP |
|   | 315 Montgomery Street, 10th Floor |
| 8 | San Francisco, California 94104-1823 |
|   | Telephone: (415) 433-6830 |
| 9 | Facsimile: (415) 433-7104 |
|   | Email: mbien@rbg-law.com |
| 10 | bthompson@rbg-law.com |

Attorneys for Plaintiffs MARIA BUELL, ANTONIO ALVARO MORALES and GUADALUPE JOAN PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BUELL; ANTONIO ALVARO MORALES; and GUADALUPE JOAN PEREZ, <br><br> Plaintiffs, <br><br> v. <br><br> MONTEREY COUNTY, CALIFORNIA; THE STATE OF CALIFORNIA; and ARNOLD SCHWARZENEGGER, in his official capacity as Governor of California, <br><br> Defendants. | Case No. 5:10-cv-01952-JF <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** <br><br> **VOTING RIGHTS ACTION** <br> **THREE JUDGE COURT** |

It is hereby stipulated by and between counsel that Plaintiffs' claims in this case be dismissed with prejudice, with each party to bear its own fees and costs. The parties also agree that the case management conference scheduled for September 24, 2010 should be taken off calendar.

Respectfully submitted,

Dated: September 15, 2010   ROSEN, BIEN & GALVAN, LLP

By: */s/ Michael W. Bien*
    MICHAEL W. BIEN

Attorneys for Plaintiffs MARIA BUELL, ANTONIO ALVARO MORALES and GUADALUPE JOAN PEREZ

Dated: September 15, 2010   EDMUND G. BROWN, JR.
ATTORNEY GENERAL OF CALIFORNIA

By: */s/ Tamar Pachter*
    TAMAR PACHTER, Deputy Attorney General

Attorneys for Defendants
ARNOLD SCHWARZENEGGER and STATE OF CALIFORNIA

Dated: September 15, 2010   OFFICE OF THE MONTEREY COUNTY COUNSEL

By: */s/ Leroy M. Blankenship*
    LEROY M. BLANKENSHIP, Assistant County Counsel

Attorneys for Defendant MONTEREY COUNTY, CALIFORNIA

Dated: September 15, 2010   BELL McANDREWS & HILTACHK, LLP

By: */s/ Charles H. Bell, Jr.*
    CHARLES H. BELL, JR.

Attorneys for Intervenor-Defendants THOMAS DOMINY, GEORGE E. GALVAN and DONNA M. DART

Dated: September 15, 2010  OFFICE OF THE SANTA CRUZ COUNTY COUNSEL

By: */s/ Dana M. McRae*
DANA M. McRAE, County Counsel

Attorneys for Defendant-Intervenor COUNTY OF SANTA CRUZ

Dated: September 15, 2010  OFFICE OF THE SANTA CLARA COUNTY COUNSEL

By: */s/ Miguel Marquez*
MIGUEL MARQUEZ, County Counsel

Attorneys for Defendant-Intervenor COUNTY OF SANTA CLARA

Dated: September 15, 2010  OFFICE OF THE SAN LUIS OBISPO COUNTY COUNSEL

By: */s/ Warren R. Jensen*
WARREN R. JENSEN, County Counsel

Attorneys for Defendant-Intervenor COUNTY OF SAN LUIS OBISPO

## [~~PROPOSED~~] ORDER

The Court having reviewed the above Stipulation of the parties, and good cause appearing, hereby ORDERS that Plaintiffs' claims be dismissed with prejudice, with each party to bear its own fees and costs. The Case Management Conference previously scheduled for September 24, 2010 is taken off the calendar.

Dated: 9/24/10

HONORABLE JEREMY FOGEL
Judge of the United States District Court